UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT DEANDRE WILLIAMS, ) | |
| ) | CASE NO. C12-1938-TSZ-MAT |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER GRANTING EXTENSION OF |
| ) | TIME OF BRIEFING SCHEDULE |
| CAROLYN W. COLVIN, acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff filed an unopposed motion for extension of time of the briefing schedule (Dkt. 14), requesting a 30-day extension of the due date in which to file his opening brief, a 30-day extension for defendant's responsive brief, and a 21-day extension of plaintiff's optional reply brief.  Plaintiff's opening brief was due on February 11.

Having considered the unopposed motion, and the entire docket in the case, the Court hereby GRANTS an extension of the briefing schedule, but declines to use at this time the dates requested by the parties.   Instead, the Court therefore grants an extension as follows:

/ / /

/ / /

ORDER GRANTING EXTENSION
OF TIME OF BRIEFING SCHEDULE
PAGE -1

| | | |
|---|---|---|
| 01 | Plaintiff's Opening Brief: | March 13, 2013 |
| 02 | Defendant's Responsive Brief: | April 10, 2013 |
| 03 | Plaintiff's optional Reply Brief: | April 24, 2013 |

DATED this 14th day of February, 2013.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING EXTENSION
OF TIME OF BRIEFING SCHEDULE
PAGE -2