01

02

03

04

05

06

07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08    ROBERT DEANDRE WILLIAMS,                )
                                                                   )    CASE NO. C12-1938-TSZ-MAT
09              Plaintiff,                                       )
                                                                   )
10              v.                                                )    ORDER GRANTING EXTENSION OF
                                                                   )    TIME OF BRIEFING SCHEDULE
11    CAROLYN W. COLVIN, acting                  )
        Commissioner of Social Security,            )
12                                                                )
                Defendant.                                  )
13    _____ )

14          Plaintiff filed an unopposed motion for extension of time of the briefing schedule (Dkt.

15    14), requesting a 30-day extension of the due date in which to file his opening brief, a 30-day

16    extension for defendant's responsive brief, and a 21-day extension of plaintiff's optional reply

17    brief.   Plaintiff's opening brief was due on February 11.

18          Having considered the unopposed motion, and the entire docket in the case, the Court

19    hereby GRANTS an extension of the briefing schedule, but declines to use at this time the dates

20    requested by the parties.   Instead, the Court therefore grants an extension as follows:

21    / / /

22    / / /

ORDER GRANTING EXTENSION
OF TIME OF BRIEFING SCHEDULE
PAGE -1

01      Plaintiff's Opening Brief:              March 13, 2013

02      Defendant's Responsive Brief:           April 10, 2013

03      Plaintiff's optional Reply Brief:       April 24, 2013

04      DATED this <u>14th</u> day of February, 2013.

05

06                                          Mary Alice Theiler

07                                          United States Magistrate Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING EXTENSION
OF TIME OF BRIEFING SCHEDULE
PAGE -2